# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
                        Appellant,
            vs.
WELLPATH; CROWLEY #952060;
PEGGY MARTINEZ; WEDLOW #8842;
BONNIE POLLEY; AND ARAMARK,
                        Respondents.

No. 82233

FILED

JAN 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Appellant fails to identify any appealable order. Accordingly, this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rob Bare, District Judge
       Abdul Howard
       Eighth District Court Clerk

21-00458